UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| COMERICA BANK, a Texas Banking Association, | ) ) ) |
| Plaintiff, | ) ) Case No.: 1:12-cv-02413 |
| - vs - | ) ) Hon. Charles S. Norgle ) |
| TESHA, INC., an Illinois Corporation and SHABBIR AGHA, an Illinois resident, | ) Mag. Martin C. Ashman ) ) |
| Defendants. | ) |

## REPLY TO THE AFFIRMATIVE DEFENSES

NOW COMES, the Plaintiff, Comerica Bank, (hereinafter called "Comerica"), and as and for its Reply to the Affirmative Defenses of the Defendants, Tesha, Inc., (hereinafter called "Tesha"), and Shabbir Agha, (hereinafter called "Agha"), states, as follows:

1. **On information and belief, Comerica Bank disposed of the collateral that was used to secure the Loan that is the subject of this Complaint in violation of the U.C.C.**

   **REPLY:** The Plaintiff, Comerica Bank, (hereinafter called "Comerica") denies the allegations of Paragraph 1 of the Affirmative Defenses of Tesha and Agha.

2. **On information and belief, Agha, as guarantor of that loan, is released from his obligations, in whole or part, due to the plaintiff's impairment of collateral.**

   **REPLY:** The Plaintiff, Comerica Bank, (hereinafter called "Comerica") denies the allegations of Paragraph 2 of the Affirmative Defenses of Tesha and Agha.

2. **On information and belief, Plaintiff failed to credit the defendants for the sale or other disposition of the collateral.**

**REPLY:** The Plaintiff, Comerica Bank, (hereinafter called "Comerica") denies the allegations of Paragraph 3 of the Affirmative Defenses of Tesha and Agha.

**WHEREFORE,** Comerica prays this Honorable Court grant it relief, as follows:

A. That Comerica be awarded a Judgment in its favor against Tesha and Agaha in the amount sought in the Complaint in this cause; and

B. That Comerica be awarded such other and further relief as the Court may deem equitable and just.

RESPECTFULLY SUBMITTED,

/s/ William E. Nelson

William E. Nelson
ARDC No.: 3126292
Simon, PLC
One South Dearborn, Ste. 2100
Chicago, IL 60603
(312) 212-4338
wnelson@simonattys.com
Attorney for Plaintiff